**IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                          |                          |
|--------------------------|--------------------------|
|                          | :CHAPTER 13              |
|                          | :CASE NO. 21-12613       |
| IN RE: MYESHA Y. CORUM   | ELF                      |
|            DEBTOR        |                          |

**CERTIFICATION OF SERVICE/MAILING CHAPTER 13 AMENDED PLAN**

I, Joseph F. Claffy, Esq., hereby certify that on the 22nd day of March, 2022 I did serve a true and correct copy of the Debtor's Second Amended Chapter 13 Plan via U.S. Mail or ECF upon all secured and priority creditors, trustees and all other creditors who are adversely effected by the changes to the original plan (none) and interested parties as required by Local Bankruptcy Rule 3015-2 (a)(1)including specifically:

TRUSTEES

U.S. Trustee VIA ECF and
KENNETH E. WEST, Chapter 13 Standing Trustee VIA ECF

SECURED AND PRIORITY CREDITORS:
Chester Co Tax Claim Bureau   City of Coatesville & Coatesville
313 West market St Suite 3602 Area School District
West Chester, PA 198380       c/o Portnoff Law Associates
      `                       P.O. Box 3020
                              Norristown, PA 19404

All other creditors listed creditor's list and all parties requesting notice, if any.

DATE: March 22, 2022
*/s/ Joseph F. Claffy, Esq.* 35142
26 S. Church St.
West Chester, PA 19382
610-429-0900